# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

DAVID JACKSON and JANIE JACKSON,

      Plaintiffs,

v.                                Case No:   6:17-cv-2117-Orl-22TBS

CREDIT ONE BANK, N.A.,

      Defendant.

## ORDER

This cause comes before the Court on the Joint Stipulation Dismissing without Prejudice and Referring Case to Arbitration (Doc. No. 13).

Based on the foregoing, it is ordered as follows:

1. This case is hereby REFERRED to arbitration.

2. The case is DISMISSED WITHOUT PREJUDICE.

3. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on February 12, 2018.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record